FILED - MQ
November 5, 2016

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>JOHN M. SCHUCK<br><br>Defendant(s) | Case No.  2:16-mj-18<br>Hon. Timothy P. Greeley |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  2/19/2016 - 11/05/2016  in the county of  Marquette  in the  Western  District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2)(B) | Defendant, with the intent to harass and intimidate, used and attempted to use an interactive computer service or an electronic communication system or an electronic communication service of interstate commerce to engage in a course of conduct that caused and would be reasonably expected to cause substantial emotional distress to M.L.G., and part of this course of conduct took place in violation of protection order, as defined in 18 U.S.C. §2266(5) |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent John J. Fortunato, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  11/5/2016

_Judge's signature_

City and state:  Marquette, Michigan        Timothy P. Greeley, U.S. Magistrate Judge
_Printed name and title_