UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN MARTIN SCHUCK,

    Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

(Cyberstalking)

From on or about February 19, 2016, to on or about November 5, 2016, in Marquette County, in the Western District of Michigan, Northern Division, and elsewhere, the defendant,

**JOHN MARTIN SCHUCK,**

with the intent to harass and intimidate, used and attempted to use an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and a facility of interstate or foreign commerce to engage in a course of conduct that caused and would be reasonably expected to cause substantial emotional distress to a person.

18 U.S.C. § 2261A(2)(B)
18 U.S.C. § 2261(b)(5)

A TRUE BILL

*[signature]*
GRAND JURY FOREPERSON

PATRICK A. MILES, JR.
United States Attorney

*[signature]*

MAARTEN VERMAAT
Assistant United States Attorney